Bond No: __023-020-392__

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| **NIKE, INC. and CONVERSE INC.** | No: **2:12-cv-00191-GMN-GWF** |
| Plaintiff(s) | |
| vs. | |
| **QILOO INTERNATIONAL LIMITED** | **BOND FOR PRELIMINARY INJUNCTION** |
| Defendant(s) | |

KNOW ALL BY THESE PRESENTS:

That we, **Nike, Inc. and Converse Inc.**, as Principal(s), and **Liberty Mutual Insurance Company**, a **Massachusetts** corporation, as Surety, are held and firmly bound unto **QiLoo International Limited**, as Obligee, in the penal sum of **Twenty Five Thousand and No/100**** Dollars (**$25,000.00*****), lawful money of the United States of America, for the payment of which, well and truly to be made, we bind ourselves, our heirs, legal representatives, successors and assigns, jointly and severally, firmly by these presents.

WHEREAS, by an Order of the above-entitled Court, Plaintiff is required to file a bond as a condition for the Judge granting the above Preliminary Injunction enjoining the above named Defendants from the commission of certain acts set forth in said Order.

NOW, THEREFORE, THE CONDITION OF THIS OBLIGATION IS SUCH, That, if the Principal, in consideration of the issuance of said Preliminary Injunction, shall undertake to pay all costs and damages which the Defendants may sustain by reason of said Injunction being issued if the same be wrongful and without sufficient cause, then this obligation shall be void, otherwise to remain in full force and effect.

SIGNED AND SEALED this **23rd** day of **March**, 20**12**.

BOND FOR PRELIMINARY INJUNCTION                    BOND NO.    023-020-392

Nike, Inc. and Converse Inc.

By: _____
                                           Principal

Liberty Mutual Insurance Company

By: _____
Heidi Bockus                    Attorney-in-Fact

APPROVED:

_____
Gloria M. Navarro
United States District Judge

DATED:  04/18/2012

This Power of Attorney limits the acts of those named herein, and they have no authority to bind the Company except in the manner and to the extent herein stated.

## LIBERTY MUTUAL INSURANCE COMPANY
## BOSTON, MASSACHUSETTS
## POWER OF ATTORNEY

**KNOW ALL PERSONS BY THESE PRESENTS:** That Liberty Mutual Insurance Company (the "Company"), a Massachusetts stock insurance company, pursuant to and by authority of the By-law and Authorization hereinafter set forth, does hereby name, constitute and appoint **HEIDI BOCKUS, KRISTA M. LEE, JAIMEE KLEIN, ALL OF THE CITY OF SEATTLE, STATE OF WASHINGTON**........................................................................................................

, each individually if there be more than one named, its true and lawful attorney-in-fact to make, execute, seal, acknowledge and deliver, for and on its behalf as surety and as its act and deed, any and all undertakings, bonds, recognizances and other surety obligations in the penal sum not exceeding **SEVENTY FIVE MILLION AND 00/100**************************************************** DOLLARS ($ **75,000,000.00****************************** ) each, and the execution of such undertakings, bonds, recognizances and other surety obligations, in pursuance of these presents, shall be as binding upon the Company as if they had been duly signed by the president and attested by the secretary of the Company in their own proper persons.

That this power is made and executed pursuant to and by authority of the following By-law and Authorization:

ARTICLE XIII - Execution of Contracts: Section 5. Surety Bonds and Undertakings.
Any officer of the Company authorized for that purpose in writing by the chairman or the president, and subject to such limitations as the chairman or the president may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact, subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Company by their signature and execution of any such instruments and to attach thereto the seal of the Company. When so executed such instruments shall be as binding as if signed by the president and attested by the secretary.

By the following instrument the chairman or the president has authorized the officer or other official named therein to appoint attorneys-in-fact:

Pursuant to Article XIII, Section 5 of the By-Laws, David M. Carey, Assistant Secretary of Liberty Mutual Insurance Company, is hereby authorized to appoint such attorneys-in-fact as may be necessary to act in behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations.

That the By-law and the Authorization set forth above are true copies thereof and are now in full force and effect.

IN WITNESS WHEREOF, this Power of Attorney has been subscribed by an authorized officer or official of the Company and the corporate seal of Liberty Mutual Insurance Company has been affixed thereto in Plymouth Meeting, Pennsylvania this day of ___12th___ day of ___January___, 2012.

LIBERTY MUTUAL INSURANCE COMPANY

By _____
David M. Carey, Assistant Secretary

COMMONWEALTH OF PENNSYLVANIA  ss
COUNTY OF MONTGOMERY

On this ___12th___ day of ___January___, ___2012___, before me, a Notary Public, personally came David M. Carey, to me known, and acknowledged that he is an Assistant Secretary of Liberty Mutual Insurance Company; that he knows the seal of said corporation; and that he executed the above Power of Attorney and affixed the corporate seal of Liberty Mutual Insurance Company thereto with the authority and at the direction of said corporation.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed my notarial seal at Plymouth Meeting, Pennsylvania, on the day and year first above written.

By _____
Teresa Pastella, Notary Public

**CERTIFICATE**

I, the undersigned, Assistant Secretary of Liberty Mutual Insurance Company, do hereby certify that the original power of attorney of which the foregoing is a full, true and correct copy, is in full force and effect on the date of this certificate; and I do further certify that the officer or official who executed the said power of attorney is an Assistant Secretary specially authorized by the chairman or the president to appoint attorneys-in-fact as provided in Article XIII, Section 5 of the By-laws of Liberty Mutual Insurance Company.

This certificate and the above power of attorney may be signed by facsimile or mechanically reproduced signatures under and by authority of the following vote of the board of directors of Liberty Mutual Insurance Company at a meeting duly called and held on the 12th day of March, 1980.

VOTED that the facsimile or mechanically reproduced signature of any assistant secretary of the company, wherever appearing upon a certified copy of any power of attorney issued by the company in connection with surety bonds, shall be valid and binding upon the company with the same force and effect as though manually affixed.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the corporate seal of the said company, this 23rd day of March, 2012.

_____
Gregory W. Davenport, Assistant Secretary

*Not valid for mortgage, note, loan, letter of credit, bank deposit, currency rate, interest rate or residual value guarantees.*

*To confirm the validity of this Power of Attorney call 1-610-832-8240 between 9:00 am and 4:30 pm EST on any business day.*

# All-Purpose Certificate of Acknowledgment

State of **Washington**
County of **King**

On **March 23, 2012** before me, **Krista M. Lee**,
　　　DATE　　　　　　　　　　　　　　　　NAME OF NOTARY PUBLIC

personally appeared **Heidi Bockus**
　　　　　　　　　　　　　　NAME(S) OF SIGNER(S)

☑ personally known to me - OR  ☐ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

_[signature]_
SIGNATURE OF NOTARY PUBLIC

_[Notary seal: KRISTA M. LEE, NOTARY PUBLIC, STATE OF WASHINGTON, COMMISSION EXPIRES 12-01-14]_

Though the data below is not required by law, it may prove valuable to persons relying on the document and prevent fraudulent reattachment of this form.

| CAPACITY CLAIMED BY SIGNER | DESCRIPTION OF ATTACHED DOCUMENT(S) |
|---|---|
| ☐ Individual(s) | Type of Document |
| ☐ Corporate Officer: | **Preliminary Injunction Bond** |
| ☐ Title(s) | |
| ☐ Partner(s) | Number of Pages |
| ☑ Attorney-in-Fact | **Two (2)** |
| ☐ Trustee(s) | |
| ☐ Subscribing Witness | Date of Document |
| ☐ Guardian/Conservator | **March 23, 2012** |
| ☐ Other: | |
| | Signer(s) Other Than Named Above |
| | **Nike, Inc. and Converse Inc.** |

SIGNER IS REPRESENTING:
NAME OF PERSON(S) OR ENTITY(IES)
**Liberty Mutual Insurance Company**

Jurat.doc

| | | |
|---|---|---|
| AO82 SWEDA (Rev. 4/90) | | ORIGINAL |

**RECEIPT FOR PAYMENT**  №  55352
**UNITED STATES DISTRICT COURT**
for the
**DISTRICT OF NEVADA**

| Fund | | |
|---|---|---|
| 6855XX | Deposit Funds | at LAS VEGAS, NV |
| 604700 | Registry Funds General and Spe | $25,000.00 surety bond for |
| 508800 | Immigration Fees | Preliminary Injunction |
| 085000 | Attorney Admissic | obo Plaintiffs Nike, Inc. & Converse, Inc. |
| 086900 | Filing Fees | |
| 322340 | Sale of Publicati( | |
| 322350 | Copy Fees | LIBERTY MUTUAL INSURANCE CO. |
| 322360 | Miscellaneous F( | Boston, MA |
| 143500 | Interest | Bond #5092932 |
| 322380 | Recoveries of C( | |
| 322386 | Restitution to U.S | |
| 121000 | Conscience Fun( | |
| 129900 | Gifts | |
| 504100 | Crime Victims Fund | |
| 613300 | Unclaimed Monies | |
| 510000 | Civil Filing Fee (1/2) | |
| 510100 | Registry Fee | |

CASE REFERENCE:
2:12-cv-00191-GMN-GWF
Nike, Inc. et al., v. Qiloo International Limited
RECEIVED FROM
Michael J. McCue
Jonathan W. Fountain
Lewis and Roca LLP
3993 Howard Hughes Parkway #600
Las Vegas, NV 89109
949-8224

DEPUTY CLERK _____  4-2-12

NOTE: THIS ORIGINAL RECEIPT MUST BE RETURNED TO THE CLERK OF COURT WHEN THIS BOND/COLLATERAL IS

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.