Michael J. McCue (Nevada Bar #6055)
MMcCue@LRLaw.com
Jonathan W. Fountain (Nevada Bar #10351)
JFountain@LRLaw.com
Lewis and Roca LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89109
Telephone: (702) 949-8224
Facsimile: (702) 949-8363

Christopher J. Renk
Erik S. Maurer
Michael J. Harris
Azuka C. Dike
Banner & Witcoff, Ltd.
10 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 463-5000
Facsimile: (312) 463-5001

Attorneys for Plaintiffs,
NIKE, Inc. and Converse Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NIKE, INC. and CONVERSE INC., <br><br> Plaintiffs, <br><br> vs. <br><br> QILOO INTERNATIONAL LIMITED <br><br> Defendant. | Case No. 2:12-cv-00191-GMN-GWF <br><br> FINAL JUDGMENT <br> BY DEFAULT PURSUANT TO <br> FED. R. CIV. P. 55(b) |

Having duly considered Plaintiffs' motion for entry of final judgment, the Court hereby enters this final judgment by default against Defendant QILOO International Limited pursuant to Rule 55(b) of the Federal Rules of Civil Procedure.

IT IS ORDERED that Judgment is entered against Defendant for (i) willfully infringing NIKE's U.S. Design Patent Nos. D361,884; D429,877; D462,830; D475,523; D494,353; D499,247; D500,585; D500,917; D523,618; D524,028; D524,529; D532,600; D546,541; D547,547; D555,332; D573,338; D573,339; D575,046; D578,294; D579,186; D580,636;

-1-

1  D580,646; D586,548; D641,968; and D642,369, in violation of 35 U.S.C. §§ 271(a) and (b); (ii)
2  willfully infringing Converse's and NIKE's U.S. Trademark Registration Nos. 1,588,960;
3  1,998,884; 3,258,103; 3,451,905; 4,062,112; and 4,065,482 (collectively, "the Converse and
4  NIKE Trademarks"), by selling footwear bearing counterfeits of the Converse and NIKE
5  Trademarks and colorable imitations thereof, in violation of § 1114 and 1116 of Title 15 in the
6  United States Code; (iii) willfully using false designations of origin/unfair competition in
7  violation of § 1125(a) of Title 15 in the United States Code; (iv) willfully diluting the Converse
8  and NIKE Trademarks in violation of § 1125(c) of Title 15 in the United States Code; and (v)
9  willfully violating Plaintiffs' common law rights in the Converse and NIKE Trademarks.

10  IT IS FURTHER ORDERED that Defendant and its officers, directors, employees, agents,
11  and attorneys are hereby permanently enjoined from infringing Plaintiffs' patents identified
12  above, including but not limited to, making, using, offering to sell, selling, or importing into the
13  United States shoe designs covered by the patents enumerated above, such products specifically
14  including but not limited to models identified by Defendant as: QL-20756, QL-21193, QL-21212,
15  QL-21533, QL-21712, QL-21784, QL-21810, QL-23832, QL-24108, QL-24715, QL-25322, QL-
16  25733, QL-26294, and QL-21103107A, as well as colorable imitations thereof, pursuant to 35
17  U.S.C. § 283 and Rule 65(d), Fed. R. Civ. P.

18  IT IS FURTHER ORDERED that Defendant and its officers, directors, employees, agents,
19  and attorneys are hereby permanently enjoined from further infringing, using false designation of
20  origin, using unfair competition, and diluting the Converse and NIKE Trademarks, including
21  making, using, offering to sell, selling, distributing, advertising, promoting, or importing into the
22  United States shoes bearing designs that are confusingly similar to the designs of the Converse
23  and NIKE Trademarks, such products specifically including but not limited to models identified
24  by Defendant as: QL-23416, QL-23860, QL-25472, QL-25216, QL-27141, QL-27188, QL-
25  21103274A, QL-21103472A, QL-21103630A, QL-21103631, QL-21103929A, and QL-
26  21104050A, as well as colorable imitations thereof, pursuant to 15 U.S.C. § 1116 and Rule 65(d),
27  Fed. R. Civ. P.

28  IT IS FURTHER ORDERED that Plaintiffs recover an award of Defendant's profits from

their infringements pursuant to 35 U.S.C. § 289 and 15 U.S.C. § 1117(a), in an amount to be determined, including trebling of Defendant's profits from infringing Plaintiffs' trademarks pursuant to 15 U.S.C. § 1117(b).

IT IS FURTHER ORDERED that Plaintiffs recover their reasonable attorneys' fees from the Defendant pursuant to 35 U.S.C. § 285 and 15 U.S.C. §§ 1114, 1116, and 1117. Plaintiffs shall file the information required by Local Rule 54-16 in support of their fee award amount within fourteen (14) days after the date of this Order.

IT IS FURTHER ORDERED that Plaintiffs recover their reasonable costs from the Defendant pursuant to Rule 54(d), Fed. R. Civ. P. Plaintiffs shall file a bill of costs and disbursements on the form provided by the clerk pursuant to Local Rule 54-1, no later than ten (10) days after the date of this Order.

IT IS FURTHER ORDERED that this Court retains jurisdiction over the parties to the extent necessary to enforce the terms of this Order and the injunctive relief provided herein.

**IT IS SO ORDERED.**

_____
Gloria M. Navarro
United States District Judge

**DATED:  11/01/2012**