# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NIKE, INC., *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> QILOO INTERNATIONAL LIMITED, <br><br> Defendant. | Case No. 2:12-cv-00191-GMN-GWF <br><br> ORDER EXONERATING BOND |

This matter is before the Court to clarify the default judgment filed on November 1, 2012, pursuant to Local Rule 41-1. (ECF No. 35.)

Upon further review of the case, the Court noted there was no directive as to the twenty-five-thousand-dollar ($25,000) surety bond (Bond No. 023-020-392, Receipt No. 55352) posted by Michael J. McCue, Esq. on behalf of Plaintiffs Nike, Inc. and Converse, Inc. As ordered by the Court, Plaintiffs posted Bond No. 023-020-392 in place of expired bond 023-020-373, Receipt No. 55350. (ECF No. 29.)

It is therefore ordered that the twenty-five-thousand-dollar ($25,000) surety bond posted in this matter (Bond No. 023-020-392) is fully exonerated.

DATED THIS 3 of June 2021.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE